1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7               FOR THE DISTRICT OF ARIZONA
8
9   Francisco Leon,                          No. CV-14-01755-PHX-DLR
10                 Petitioner,               **ORDER**
11  v.
12  Charles L. Ryan, et al.,
13                 Respondents.
14
15          Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge
16  Eileen S. Willett, (Doc. 14), regarding Petitioner's Amended Petition for Writ of Habeas
17  Corpus filed pursuant to 28 U.S.C. § 2254, (Doc. 7).  The R&R recommends that the
18  petition be denied and dismissed with prejudice.  The Magistrate Judge advised the
19  parties that they had fourteen days to file objections to the R&R.  (Doc. 14 at 8 (citing 28
20  U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72.))  Petitioner filed his "Objections to Report and
21  Recommendation" on October 13, 2015.  (Doc. 15.)
22          The Court has considered the objections and reviewed the R&R de novo.  *See* Fed.
23  R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo
24  determination of those portions of the R&R to which specific objections are made).  The
25  Court agrees with the Magistrate Judge's determinations, accepts the recommended
26  decision within the meaning of Rule 72(b), and overrules Petitioner's objections.  *See* 28
27  U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole
28  or in part, the findings or recommendations made by the magistrate").

1    **IT IS THEREFORE ORDERED** that the Report and Recommendation of the

2    Magistrate Judge, (Doc. 14), is **ACCEPTED**.   Having considered the issuance of a

3    Certificate of Appealability from the order denying Petitioner's Petition for a Writ of

4    Habeas Corpus, a Certificate of Appealability and leave to proceed in forma pauperis on

5    appeal are **DENIED**.

6    **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment

7    denying and dismissing Petitioner's Amended Petition for Writ of Habeas Corpus filed

8    pursuant to 28 U.S.C. § 2254, (Doc. 7), with prejudice, and shall terminate this action.

9    Dated this 5th day of November, 2015.

10

11

12

13                                                            _____

14                                                            Douglas L. Rayes
                                                             United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28